FILED'08 APR 01 11:46USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,     CR 92-155-RE

        Plaintiff,

        ORDER

v.

RANCE PRESTON,

        Defendant.

REDDEN, Judge:

Pursuant to 18 U.S.C. § 3583(e) and Application Note 5 to U.S.S.G. § 1B1.10, defendant Rance Preston's term of supervised release is terminated.

IT IS SO ORDERED.

DATED this 1st day of April, 2008.

        /s/ James A. Redden
        James A. Redden
        United States District Judge